## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES D. COPE, JR., | : | Case No. 3:15-cv-182 |
| | : | |
| Plaintiff, | : | District Judge Walter Herbert Rice |
| | : | |
| vs. | : | Chief Magistrate Judge Michael J. Newman |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

### DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion

for Remand (Doc. 8). The parties agree that this matter should be remanded to the

Commissioner for further administrative proceedings, pursuant to Sentence Four of 42

U.S.C. § 405(g). (*Id.*) On remand, the Appeals Council will vacate all findings in the

Administrative Law Judge's Decision. The Commissioner will conduct further

proceedings, develop the administrative record as necessary to determine whether

Plaintiff is disabled within the meaning of the Social Security Act, and issue a new

decision.

### IT IS THEREFORE ORDERED THAT:

1. The Joint Motion for Remand (Doc. 8) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

2

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:   10/7/15

Walter Herbert Rice
United States District Judge